UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 13-CR233

[18 U.S.C. §§ 2242(2)(B) and 1153]

JAMES F. KING SR.,

**Green Bay Division**

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

On or about November 20, 2013, in the State and Eastern District of Wisconsin and within the exterior boundaries of the Menominee Indian Reservation, an area within the special maritime and territorial jurisdiction of the United States,

**JAMES F. KING, SR.,**

a Native American Indian, did knowingly engage in a sexual act with an adult female, to wit, contact between his mouth and her vulva, who was, as the defendant well knew, at the time physically incapable of declining participation in the aforementioned sexual act or communicating an unwillingness to engage in the aforementioned sexual act.

All in violation of Title 18, United States Code, Sections 2242(2) and 1153.

A TRUE BILL:

FOREPERSON
Dated: 26 NOV 2013

JAMES L. SANTELLE
United States Attorney